176; and Ford v. State, Tex.Cr.App., 272 S.W.2d 740.

2. They contend that the cumulation of the punishments by the court was ineffective. The jury assessed the punishment for the first offense at one year in jail. For the second offense, they assessed the punishment of a fine of $100, and, for the third,. they set the punishment at one year in jail and a fine of $50.

A single judgment was entered which recited the verdicts and assessed the appellant's punishment at two years in jail and a fine of $150.

This being a misdemeanor case, this constituted effective cumulation. Abston v. State, 158 Tex.Cr.R. 88, 253 S.W.2d 41, and Palma v. State, 159 Tex.Cr.R. 218, 262 S.W.2d 486.

Finding no reversible error, the judgment of the trial court is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.